UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __22-60027-CR-SMITH/VALLE__
26 U.S.C. § 7206(2)

UNITED STATES OF AMERICA

vs.

ELIFAITE PERICLES,
                Defendant.
_____/

FILED BY ___AT___ D.C.

Feb 24, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## INFORMATION

The United States Attorney charges that:

**COUNT 1**
(Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return)
26 U.S.C. § 7206(2)

On or about April 15, 2018, in Broward County, in the Southern District of Florida, the defendant,

**ELIFAITE PERICLES,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Individual Income Tax Return, Form 1040, of taxpayer "S.L," for the calendar year 2017, which was false and fraudulent as to a material matter, in that it represented that "S.L." was entitled to claim $13,600 in Schedule C expenses, Federal income tax withholdings, education credits and credits for federal tax on fuels, when in truth and in fact, as the defendant well knew, "S.L." was not entitled to claim any of the foregoing items, in violation of Title 26, United States Code, Section 7206(2).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

MARC S. ANTON
ASSISTANT U. S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ELIFAITE PERICLES

_____ Defendant/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **Yes**

_____
Marc S. Anton
Assistant United States Attorney
FLA Bar No.      0148369

*Penalty Sheet(s) attached                                                REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: ELIFAITE PERICLES

Case No: _____

Count #: 1

Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return

In violation of Title 26, United States Code, Section 7206(2)

* Max. Penalty: Three (3) years' imprisonment; $100,000 fine; and one (1) year supervised release.

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   22-60027-CR-SMITH/VALLE |
| Elifaite Pericles, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____Barry Witlin, Esq._____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*